UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN DEWEY KENNY,

    Plaintiff,

v.                                         CASE NO: 8:11-cv-1855-T-26TGW

NATIONAL PATIENT ACCOUNT
SERVICES, INC. and GULF COAST
MEDICAL CENTER PRIMARY CARE, LLC,

    Defendants.
    _____/

## O R D E R

    Upon due and careful consideration of the well-pleaded allegations of Plaintiff's complaint, it is ordered and adjudged that Defendant Gulf Coast Medical Center Primary Care, LLC's Motion to Dismiss Counts I Through V of Plaintiff's Complaint (Dkt.5) is denied because those five counts clearly relate only to Defendant National Patient Account Services, Inc., and not Defendant Gulf Coast.  Moreover, Defendant Gulf Coast offers no substantive legal argument with regard to why it does not qualify as a debt collector.  The Unopposed Motion for Extension of Time to Respond to Count VI (Dkt. 5) is granted.  Defendant Gulf Coast shall file its response to count VI within ten (10) days of this order.

    **DONE AND ORDERED** at Tampa, Florida, on September 19, 2011.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record